Mark Waecker (SBN# 81375)
LAW OFFICES OF MARK WAECKER
300 South Grand Avenue, 24th Floor,
Los Angeles, CA  90071
Telephone (213) 955-4500
Fax (213) 955-4560
Email: mark@waeckerlaw.com
Attorney for Defendant
IMESH PERERA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>DISHAN PERERA, et al.<br><br>    Defendant. | Case No. **2:10-cr-00347-MCE**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Court:  Hon. Morrison C. England**<br>**Time:  9:00 a.m.**<br>**Date:  April 4, 2013** |

    Defendant Imesh Perera, by and through their undersigned counsel and the United States Government, by and through Assistant United States Attorney Todd Leras, hereby agree and stipulate that the status conference previously scheduled for April 4, 2013 be continued until May 16, 2013.  The defendant is charged in a five count indictment alleging violations of 21 U.S.C. §§s 841 (a) (1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine. The government has previously provided a Plea Agreement to the defendant.  It includes a factual basis stretching over a period of more than one year and involving numerous intercepted telephone conversations.  The defense has requested the government provide some additional information clarifying relevant aspects as to some of the incidents mentioned in the factual basis.  The government has agreed to do so.   The parties therefore agree that additional time is needed to finalize the terms of the resolution.  Therefore,

- 1 -

the parties request a status conference date of May 16, 2013 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161 (h) (8) (i) for defense preparation and under local code T4.

Dated:  March 28, 2013

                                          Respectfully submitted,
                                          LAW OFFICES OF MARK WAECKER

                                          _____/s/_____
                                          Mark Waecker, Esq.

                                          Attorney for Defendant,
                                          IMESH PERERA

Dated:  March 28, 2013

                                          _____/s/_____
                                          Todd Leras
                                          Assistant United States Attorney

                                          Attorney for Plaintiff
                                          UNITED STATES OF AMERICA

**ORDER**

The Court finds excludable time through May 16, 2013 based on Local Code T4, giving counsel reasonable time to prepare.

IT IS SO ORDERED.

DATED:  April 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE