Mark Waecker (SBN# 81375)
LAW OFFICES OF MARK WAECKER
300 South Grand Avenue, 24th Floor,
Los Angeles, CA  90071
Telephone (213) 955-4500
Fax (213) 955-4560
Email: mark@waeckerlaw.com
Attorney for Defendant
IMESH PERERA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DISHAN PERERA, et al.  )<br>  )<br>  )<br>    Defendant.  )<br>  ) | Case No. **2:10-cr-00347-MCE**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Court:  Hon. Morrison C. England<br>Time:  9:00 a.m.<br>Date:  May 16, 2013** |

    Defendant Imesh Perera, by and through their undersigned counsel and the United States Government, by and through Assistant United States Attorney Todd Leras, hereby agree and stipulate that the status conference previously scheduled for May 16, 2013 be continued until June 27, 2013.  The defendant is charged in a five count indictment alleging violations of 21 U.S.C. §§s 841 (a) (1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine. The government has previously provided a Plea Agreement to the defendant.  It includes a factual basis stretching over a period of more than one year and involving numerous intercepted telephone conversations.  The defense has requested the government provide some additional information clarifying relevant aspects as to some of the incidents mentioned in the factual basis.  The government has recently provided this information and the defense needs additional time to review the materials.   The parties therefore agree that

- 1-

additional time is needed to finalize the terms of the resolution.  Therefore, the parties request a status conference date of June 27, 2013 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161 (h) (8) (i) for defense preparation and under local code T4.

Dated:  May 13, 2013

                                           Respectfully submitted,
                                           LAW OFFICES OF MARK WAECKER

                                           _____/s/_ Mark Waecker_____
                                           Mark Waecker, Esq.
                                           Attorney for Defendant,
                                           IMESH PERERA

Dated:  May 13, 2013

                                           _____/s/__Todd Leras_____
                                           Todd Leras
                                           Assistant United States Attorney
                                           Attorney for Plaintiff
                                           UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through June 27, 2013 based on Local Code T4, giving counsel reasonable time to prepare. The status conference in this matter is accordingly continued from May 16, 2013 to June 27, 2013 at 9:00 a.m. in Courtroom No. 7. The Court finds that the ends of justice served by granting this continuance outweigh the interest of the defendant and the public to a speedy trial.

DATED:  May 16, 2013

                                           _____
                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT