Mark Waecker (SBN# 81375)
LAW OFFICES OF MARK WAECKER
300 South Grand Avenue, 24th Floor,
Los Angeles, CA  90071
Telephone (213) 955-4500
Fax (213) 955-4560
Email: mark@waeckerlaw.com
Attorney for Defendant
IMESH PERERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>vs.<br><br>DISHAN PERERA, et al.<br><br><br>       Defendant. | Case No. **2:10-cr-00347-MCE**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Court:** Hon. Morrison C. England<br>**Time:** 9:00 a.m.<br>**Date:** August 8, 2013 |

Defendant Imesh Perera, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Todd Leras, hereby agree and stipulate that the status conference currently scheduled for August 8, 2013 be continued until September 26, 2013.  The defendant is charged in a five count indictment alleging violations of 21 U.S.C. §§s 841 (a) (1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine. The government has previously provided a Plea Agreement to the defendant.  It includes a factual basis stretching over a period of more than one year and involving numerous intercepted telephone conversations.  The defense has requested the government provide some additional information clarifying relevant aspects as to some of the incidents mentioned in the factual basis.  The government has recently provided this information and the defense needs additional time to review the materials.   The parties therefore agree that

additional time is needed to finalize the terms of the plea agreement.  Therefore, the parties request a status conference date of September 26, 2013 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161 (h) (8) (i) for defense preparation and under local code T4.

Dated:  August 5, 2013

        Respectfully submitted,
        LAW OFFICES OF MARK WAECKER

        _____/s/_Mark Waecker_____
        Mark Waecker, Esq.

        Attorney for Defendant,
        IMESH PERERA

Dated:  August 5, 2013

        _____/s/__Todd Leras_____
        Todd Leras
        Assistant United States Attorney

        Attorney for Plaintiff
        UNITED STATES OF AMERICA

## ORDER

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for August 8, 2013, is **continued to September 26, 2013 at 9:00 a.m.** in Courtroom 7. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including September 26, 2013.

IT IS SO ORDERED.

Dated: August 7, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT