Mark Waecker (SBN# 81375)
LAW OFFICES OF MARK WAECKER
633 West Fifth Street, Suite 3250
Los Angeles, CA 90071
Telephone (213) 955-4500
Fax (213) 955-4560
Email: mark@waeckerlaw.com
Attorney for Defendant
IMESH PERERA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. **2:10-cr-00347-MCE** |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| DISHAN PERERA, et al.  ) | |
| ) | **Court:  Hon. Morrison C. England** |
| ) | **Time:  9:00 a.m.** |
| Defendant.  ) | **Date:  January 23, 2014** |
| ) | |

        Defendant Imesh Perera, by and through his undersigned counsel and the United States

Government, by and through Assistant United States Attorney Jill Thomas, hereby agree and

stipulate that the status conference currently scheduled for January 23, 2014 be continued until

March 27, 2014.  The defendant is charged in a five count indictment alleging violations of 21

U.S.C. §§s 841 (a) (1) and § 846 – possession with intent to distribute and conspiracy to

distribute methamphetamine. The government has previously provided a Plea Agreement to the

defendant.  It includes a factual basis stretching over a period of more than one year and

involving numerous intercepted telephone conversations.  The defense has requested the

government provide some additional information clarifying relevant aspects as to some of the

incidents mentioned in the factual basis.  The government has provided this information and the

defense needs additional time to review the materials.   Just recently the government has agreed

1  to entertain another proposal from the defendants and needs more time to evaluate and respond

2  to the new proposal. The parties therefore agree that additional time is needed to finalize the

3  terms of a plea agreement.  Therefore, the parties request a status conference date of March 27,

4  2014 and that date is available with the Court.

5          The parties agree that time should be excluded under 18 U.S.C. § 3161 (h) (8) (i) for

6  defense preparation and under local code T4.

7

8  Dated:  January 21, 2014

9                                          Respectfully submitted,
                                           LAW OFFICES OF MARK WAECKER

10                                         _____/s/_ Mark Waecker_____
11                                         Mark Waecker, Esq.
                                           Attorney for Defendant,
12                                         IMESH PERERA

13  Dated:  January 21, 2014

14                                         _____/s/__ Jill Thomas_____
                                           Jill Thomas
15                                         Assistant United States Attorney
                                           Attorney for Plaintiff
16                                         UNITED STATES OF AMERICA

17

18                                         **ORDER**

19          Good cause having been shown, it is hereby ordered that the status conference currently

20  scheduled for January 23, 2014, is continued to March 27, 2014 at 9:00 a.m.  Based on the

21  representation of the parties, the Court finds that the ends of justice served by granting the

22  continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time

23  under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local

24  Code T-4 up to and including March 27, 2014.

25  Dated:  January 22, 2014

26

27  _____
28  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT