Mark Waecker (SBN# 81375)
LAW OFFICES OF MARK WAECKER
633 West Fifth Street, Suite 3250
Los Angeles, CA 90071
Telephone (213) 955-4500
Fax (213) 955-4560
Email: mark@waeckerlaw.com
Attorney for Defendant
IMESH PERERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IMESH PERERA, et al.<br><br>　　　　Defendant. | Case No. **2:10-cr-00347-MCE-2**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Court:** Hon. Morrison C. England<br>**Time:** 9:00 a.m.<br>**Date:** April 3, 2014 |

　　　　Defendant Imesh Perera, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Jill Thomas, hereby agree and stipulate that the status conference currently scheduled for April 3, 2014 be continued until May 22, 2014.  The defendant is charged in a five count indictment alleging violations of 21 U.S.C. §§s 841 (a) (1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine. The government has previously provided a Plea Agreement to the defendant. It includes a factual basis stretching over a period of more than one year and involving numerous intercepted telephone conversations.  The defense has requested the government provide some additional information clarifying relevant aspects as to some of the incidents mentioned in the factual basis.  The government has provided this information and the defense needs additional time to review the materials.   Just recently the government has agreed to entertain another

- 1 -

proposal from the defendants and needs more time to evaluate and respond to the new proposal. The parties therefore agree that additional time is needed to finalize the terms of a plea agreement. Therefore, the parties request a status conference date of May 22, 2014 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161 (h) (8) (i) for defense preparation and under local code T4.

Dated:  March 21, 2014

        Respectfully submitted,
        LAW OFFICES OF MARK WAECKER

        _____/s/ Mark Waecker_____
        Mark Waecker, Esq.
        Attorney for Defendant,
        IMESH PERERA

Dated:  March 21, 2014

        _____/s/ Jill Thomas_____
        Jill Thomas
        Assistant United States Attorney
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

## **ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for April 3, 2014, is continued to May 22, 2014 at 9:00 a.m.  Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including May 22, 2014.

    IT IS SO ORDERED.

Dated:  March 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT