J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Imesh Perera

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-cr-00347-MCE-2 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERECE** |
| v. | |
| IMESH PERERA, et al | **Oct. 2, 2014 before Judge England** |
| Defendants. | |

The parties have not yet had sufficient time to evaluate and propose settlement of this case; it is therefore stipulated that the Status Conference of September 4, 2014 be continued to October 2, 2014.  It is also stipulated that time be excluded under the Speedy Trial Act, 18 USC Sec 3161-3174 for Counsel preparation (Local Code T4) and that this need outweighs the rights of the Defendants and the Public in a speedy trial.  The parties respectfully request the Court so order.

///

///

///

///

1

Dated September 2, 2014

   /s/  JILL THOMAS                                   /s/ J TONEY

   Jill Thomas                                         J. Toney

   Assistant U.S. Attorney                             Attorney for Imish Perera

**ORDER**

The status conference in this matter is CONTINUED to October 2, 2014 pursuant to the parties' above stipulation (ECF No. 396).  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.  The Court finds excludable time through October 2, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

   IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT