1  J TONEY
   State Bar No. 43143
2  Attorney at Law
3
   P.O. Box 1515
4  Woodland, CA  95695
   530 666 1908
5  yoloconflict@aol.com

6  Attorney for Imesh Perera

7
8
9              UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA, | Cr. No.  S-10-347 |
13 | Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERECE** |
14 | v. | |
15 | IMESH PERERA, et al | **March 19, 2015 at 9 AM before Judge England** |
16 | | |
17 | Defendants. | |

18
19     The parties have not yet had sufficient time to evaluate and propose settlement of this
20 case; it is therefore stipulated that the Status Conference of  October 2, 2014 be continued to
21 March 19.2015.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

1  It is also stipulated that time be excluded under the Speedy Trial Act, 18 USC Sec 3161-3174 for
2  Counsel preparation (Local Code T4) and that this need outweighs the rights of the Defendants
3  and the Public in a speedy trial.  The parties respectfully request the Court so order.
4  Dated  October 1, 2014

5    /s/ JILL THOMAS                                                                   /s/ J TONEY

6    Jill Thomas                                                                          J. Toney

7  Assistant U.S. Attorney                                    Attorney for Imesh Perera

8
9
10          IT IS SO  ORDERED.
11  Dated:  March 19, 2015

12
13  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2