UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                     Case No. 2:10-CR-00347-02-MCE

                         Plaintiff,

        v.                                    ORDER FOR RELEASE OF PERSON
                                              IN CUSTODY

IMESH PERERA,

                         Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release IMESH PERERA, No. 2:10-CR-00347-02-MCE,
from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:   pursuant to order of the Court at the change of plea hearing.   The defendant was ordered to appear on June 11, 2015, at 9:00 a.m., in courtroom 7. |

Issued at Sacramento, California on March 20, 2015 at 9:05 a.m.

DATED:   March 20, 2015

_____
MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE