J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Imesh Perera

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>IMESH PERERA, et al<br><br>　　　　　　　Defendants. | Cr. No.  S-10-347<br><br>**AMENDED STIPULATION CONTINUING SENTENCING; ORDER**<br><br>**Sept 10, 2015 at 9 AM before Judge England** |

　　　Imesh Perera by his attorney J Toney and the U.S. Attorney's Office by Assistant U.S. Attorney Jill Thomas stipulate that the presently set sentencing date in this case of June 11, 2015 be continued to September 10, 2015.  This stipulation is at the request of the Defendant and his Attorney and is due to scheduling difficulties and the Defendant's continued employment.

///

///

///

///

///

///

1

1. Probation Officer Shannon Morehouse has been advised of this request and has no objection to it.
2. The parties respectfully request the Court so order.
3. Dated May 31, 2015

/s/ Jill Thomas                                     /s/ J Toney

JILL THOMAS                                     J TONEY

Assistant U.S. Attorney                         Attorney for Defendant

IT IS SO ORDERED.

Dated: June 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT