Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Imesh Perera

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00347 MCE |
| Plaintiff, | ORDER |
| vs. | |
| IMESH PERERA, | |
| Defendant. | |

   GOOD CAUSE APPEARING, the Clerk is ordered to provide copy of the U.S.S.G. § 5K1.1 letter lodged with the court on September 10, 2015, to Mr. Imesh Perera's attorney, Timothy E. Warriner. If the letter has been returned to the United States Attorney's Office, the government is ordered to forthwith provide a true and correct copy of the § 5K1.1 letter to Mr. Warriner.

   IT IS FURTHER ORDERED that the Clerk grant access to Mr. Imesh Perera's final presentence investigation report, filed on the electronic docket, to attorney Timothy E. Warriner.

   IT IS SO ORDERED.

DATED: January 18, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE