UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>IMESH PERERA,<br><br>　　　　　　　　Defendant. | No.  2:10-cr-0347 DAD CKD<br><br><br>ORDER |

　　　The undersigned hereby recuses pursuant to 28 U.S.C. § 455(a).  Accordingly, the Clerk of the Court is directed to randomly refer this case to another magistrate judge.

Dated:  May 24, 2023

　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

pere0437.recuse

1