1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>IMESH PERERA,<br><br>                    Defendant. | CASE NO. 2:10-CR-00347-DAD-JDP<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE<br><br>DATE:<br>TIME:<br>COURT: Hon. Jeremy D. Peterson |

### STIPULATION TO AMEND BRIEFING SCHEDULE

On February 15, 2023, the defendant filed a coram nobis petition. ECF 579. On June 27, 2023, the Court ordered the United States to file its response to the defendant's petition by August 11, 2023. ECF 586. The United States needs additional time to review documents related to the defendant's underlying case. In addition, the parties have discussed an informal meeting with the defendant's immigration counsel. By this stipulation, the parties jointly request that the Court amend the briefing schedule as follows:

///

///

///

///

STIPULATED REQUEST TO AMEND BRIEFING SCHEDULE          1

1. The United States's response shall be filed by September 1, 2023.

2. The defendant's traverse shall be filed by September 22, 2023.

IT IS SO STIPULATED.

Dated: August 10, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: August 10, 2023

/s/ TIM WARRINER
TIM WARRINER
Counsel for Defendant
Imesh Perera

## [PROPOSED] ORDER

Based on the request of the parties, the Court adopts the following briefing schedule. The United States shall file its response to the defendant's petition by September 1, 2023. The defendant shall file his traverse by September 22, 2023.

IT IS SO ORDERED this 10th day of August, 2023.

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE