PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>IMESH PERERA,<br><br>　　　　　　　　Defendant. | CASE NO. 2:10-CR-00347-DAD-JDP<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE<br><br>DATE:<br>TIME:<br>COURT: Hon. Jeremy D. Peterson |

**STIPULATION TO AMEND BRIEFING SCHEDULE**

On February 15, 2023, the defendant filed a coram nobis petition. ECF 579. On June 27, 2023, the Court ordered the United States to file its response to the defendant's petition by August 11, 2023. ECF 586. This date was later extended at the request of the parties to September 1, 2023. ECF 588. By this stipulation, the parties are jointly requesting to reset the briefing schedule a second time.

On August 17, 2023, the parties met and conferred about the case. Following that meeting, the United States conducted additional investigation related to the claims raised in the petition and explored potential options for resolution of the petition. The United States needs additional time to review documents related to the defendant's underlying case and discuss the immigration consequences of the defendant's case. By this stipulation, the parties jointly request that the Court amend the briefing schedule as

follows:

    1.  The United States's response shall be filed by September 29, 2023.

    2.  The defendant's traverse shall be filed by October 13, 2023.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 31, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated:  August 31, 2023 | /s/ TIM WARRINER<br>TIM WARRINER<br>Counsel for Defendant<br>Imesh Perera |

## [PROPOSED] ORDER

Based on the request of the parties, the Court adopts the following briefing schedule.  The United States shall file its response to the defendant's petition by September 29, 2023.  The defendant shall file his traverse October 13, 2023.

IT IS SO ORDERED.

Dated:  September 5, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE