PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>              v.<br><br>IMESH PERERA,<br><br>                            Defendant. | CASE NO. 2:10-CR-00347-DAD-JDP<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE<br><br>DATE:<br>TIME:<br>COURT: Hon. Jeremy D. Peterson |

### STIPULATION TO AMEND BRIEFING SCHEDULE

On February 15, 2023, the defendant filed a coram nobis petition. ECF 579. On June 27, 2023, the Court ordered the United States to file its response to the defendant's petition by August 11, 2023. ECF 586. This date was later extended at the request of the parties to October 27, 2023. ECF 588, 590, 592, 594. By this stipulation, the parties are jointly requesting to reset the briefing schedule to November 24, 2023.

On August 17, 2023, the parties met and conferred about the case. Following that meeting, the United States conducted additional investigation related to the claims raised in the petition and explored potential options for resolution of the petition. The parties are scheduled to meet and confer regarding the case on October 27, 2023. The United States needs additional time to review documents related to the defendant's underlying case and confer with defense counsel regarding the immigration consequences of the

defendant's case.  By this stipulation, the parties jointly request that the Court amend the briefing schedule as follows:

    1. The United States's response shall be filed by November 24, 2023.

    2. The defendant's traverse shall be filed by December 8, 2023.

IT IS SO STIPULATED.

Dated:  October 26, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated:  October 26, 2023

/s/ TIM WARRINER
TIM WARRINER
Counsel for Defendant
Imesh Perera

## [PROPOSED] ORDER

Based on the request of the parties, the Court adopts the following briefing schedule.  The United States shall file its response to the defendant's petition by November 24, 2023.  The defendant shall file his traverse December 8, 2023.

IT IS SO ORDERED.

Dated:  October 27, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST TO AMEND BRIEFING SCHEDULE    2