Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Imesh Perera

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>IMESH PERERA,<br><br>            Defendant. | Case No. 2:10-cr-00347-DAD-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO FILE REPLY/TRAVERSE |

   The deadline for Mr. Perera to file a reply/traverse to the government's opposition is January 26, 2024. To allow the defendant additional time to prepare the reply/traverse, it is stipulated that the deadline be extended to February 26, 2024.

DATED: January 26, 2024                  /s/ Timothy E. Warriner, Attorney for Mr. Perera

DATED: January 26, 2024                  /s/ Justin L. Lee, Assistant U.S. Attorney, for the Government

1

ORDER

GOOD CAUSE APPEARING, the defense shall have until February 26, 2024 in which to file a reply/traverse on behalf of Mr. Perera.

IT IS SO ORDERED.

Dated:  February 6, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE