Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Imesh Perera

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>IMESH PERERA,<br><br>   Defendant.<br>_____ | ) Case No. 2:10-cr-00347-DAD-JDP<br>)<br>) STIPULATION AND ~~PROPOSED~~<br>) ORDER EXTENDING TIME TO FILE<br>) REPLY/TRAVERSE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The deadline for Mr. Perera to file a reply/traverse to the government's opposition is

March 27, 2024. To allow the defendant additional time to prepare the reply/traverse, it is

stipulated that the deadline be extended to April 26, 2024.

DATED: March 27, 2024    /s/ Timothy E. Warriner, Attorney for Mr.
              Perera

DATED: March 27, 2024    /s/ Justin L. Lee, Assistant U.S. Attorney,
              for the Government

ORDER

GOOD CAUSE APPEARING, the defense shall have until April 26, 2024, in which to file a reply/traverse on behalf of Mr. Perera.

IT IS SO ORDERED.

Dated:   April 5, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26